

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2017
David J. Bradley, Clerk
ENTERED
10/26/2017

| | |
|---|---|
| IN RE: § | |
| TONY HARRISON, *et al* § | CASE NO: 17-34836 |
|     Debtor(s) § | |
| § | CHAPTER 13 |
| § | |
| TONY HARRISON § | |
|     Plaintiff(s) § | |
| § | |
| VS. § | ADVERSARY NO. 16-03262 |
| § | |
| VILLAS AT NORTHPARK PROPERTY § | |
| OWNERS ASSOCIATION, INC. § | |
|     Defendant(s) § | |

## REPORT AND RECOMMENDATION TO THE DISTRICT COURT FOR WITHDRAWAL OF REFERENCE

This Court **RECOMMENDS** that the reference be withdrawn in this adversary proceeding in view of the jury demand made by both parties. The parties do not consent to a jury trial in the Bankruptcy Court.

SIGNED 10/26/2017.

                                                                _____
                                                                 Karen K. Brown
                                                               United States Bankruptcy Judge