United States District Court
Southern District of Texas
**ENTERED**
October 31, 2017
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| TONY HARRISON, *et al.*, | § | |
|     Debtors. | § | **CIVIL ACTION NO. 17-3301** |
| | § | |
| ------------------------------------------------ | § | |
| | § | |
| TONY HARRISON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Bankruptcy Adversary No. 16-3262 |
| | § | |
| VILLAS AT NORTHPARK | § | |
| PROPERTY OWNERS ASSOC., INC., | § | |
|     Defendant. | § | |

## ORDER

It is hereby **ORDERED** that any objections to the Report and Recommendation [Doc. # 1] must be filed by **November 14, 2017**.

SIGNED at Houston, Texas, this 31st of **October, 2017**.

*[signature]*
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE